UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAL J. CARDINALLI,<br><br>     Plaintiff,<br>v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONTEREY, et al.<br><br>     Defendants. | Case No.: 12-CV-6356-LHK<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS DEFENDANTS SUPERIOR COURT AND BANKRUPTCY COURT; ORDER DENYING AS MOOT DEFENDANTS SUPERIOR COURT AND BANKRUPTCY COURT'S MOTION TO DISMISS |

On April 8, 2013, the parties filed a stipulation requesting that the Court dismiss all claims against the Superior Court of California for the County of Monterey ("Superior Court") and against the United States Bankruptcy Court for the Northern District of California ("Bankruptcy Court") without prejudice. *See* ECF No. 16. The Court hereby GRANTS the parties' stipulation and dismisses the Superior Court and the Bankruptcy Court without prejudice. The Court also hereby DENIES AS MOOT the Superior Court and the Bankruptcy Court's pending motion to dismiss. *See* ECF No. 8.

**IT IS SO ORDERED.**

Dated: April 8, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-6356-LHK
ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS DEFENDANTS SUPERIOR COURT AND BANKRUPTCY COURT; ORDER DENYING AS MOOT DEFENDANTS SUPERIOR COURT AND BANKRUPTCY COURT'S MOTION TO DISMISS