United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAL J. CARDINALLI,<br><br>            Plaintiff,<br>v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONTEREY, et al.<br><br>            Defendants. | Case No.: 12-CV-6356-LHK<br><br>ORDER ADVANCING CASE MANAGEMENT CONFERENCE; ORDER DENYING AS MOOT MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND FOR ORDER THAT CLERK ISSUE REQUESTED SUMMONS |

On April 22, 2013, Plaintiff submitted a Motion for Continuance of Initial Case Management Conference and for Order that Clerk Issue Requested Summons. ECF No. 17 ("Motion"). In the Motion, Plaintiff requests that the Case Management Conference scheduled for April 24, 2013 be continued to another date because Plaintiff has not been able to serve several of the Defendants. ECF No. 17. Plaintiff contends that Plaintiff has been unable to serve Defendants in part due to issues securing summonses from the Clerk.

Plaintiff's request that the Court continue the April 24, 2013 Case Management Conference is misplaced. The Court has already continued the Case Management Conference to August 29, 2013, at 1:30 p.m. *See* ECF No. 9.

Notably, the Case Management Conference was continued so that it could coincide with the hearing on the Motion to Dismiss filed by Defendants Superior Court of California for the County of Monterey and the United States Bankruptcy Court for the Northern District of California. ECF

1
Case No.: 12-CV-6356-LHK
ORDER ADVANCING CASE MANAGEMENT CONFERENCE

1  No. 8.  However, these Defendants were voluntarily dismissed on April 8, 2013 and, accordingly,
2  the Motion was denied as moot.  ECF No. 16.  Given that there will be no motion hearing on
3  August 29, 2013, the Court hereby ADVANCES the Case Management Conference from August
4  29, 2013 to June 12, 2013 at 2:00 p.m.

With respect to the issues raised in the Plaintiff's Motion regarding completing service on Defendants, the Clerk's office will contact Plaintiff to explain the additional steps Plaintiff needs to take to obtain summonses from the Clerk.

**IT IS SO ORDERED.**

Dated: April 8, 2013

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-6356-LHK
ORDER ADVANCING CASE MANAGEMENT CONFERENCE