Hugo N. Gerstl, CSB #37927
GERSTL & HUDSON
2460 Garden Road, Suite C
Monterey, CA 93940
Telephone: (831) 649-0669
Facsimile: (831) 649-8007
Attorney for: Plaintiff

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SAL J. CARDINALLI,<br>　　　　　　Plaintiff,<br>vs.<br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONTEREY, etc. et al.,<br>　　　　　　Defendants. | Case No. CV 12-6356-LHK<br>**STIPULATION FOR DISMISSAL AND PROPOSED ORDER THEREON** |

TO THE HONORABLE LUCY H. KOH, UNITED STATES DISTRICT JUDGE, TO THE CLERK OF THE COURT, AND TO DEFENDANTS MICHAEL CARDINALLI AND YELLOW CAB OF MONTEREY COUNTY, LLC ANDTHEIR COUNSEL OF RECORD:

Plaintiff and Defendants MICHAEL CARDINALLI and YELLOW CAB OF MONTEREY COUNTY, LLC stipulate that the complaint against Defendants MICHAEL CARDINALLI and YELLOW CAB OF MONTEREY COUNTY, LLC only be dismissed without prejudice.

Dated: May 16, 2013
　　　　　　　　　　　　　　　　GERSTL & HUDSON
　　　　　　　　　　　　　　　　s/Hugo N. Gerstl
　　　　　　　　　　　　　　　　by: HUGO N. GERSTL
　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　SPIERING, SWARTZ & KENNEDY
　　　　　　　　　　　　　　　　s/Andrew H. Swartz
　　　　　　　　　　　　　　　　by: ANDREW H. SWARTZ
　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　MICHAEL CARDINALLI and
　　　　　　　　　　　　　　　YELLOW CAB OF MONTEREY COUNTY, LLC

**Gerstl & Hudson**
**Attorneys at law**　　　　　　　　　　1
**2460 Garden Road, Suite C**
**Monterey, CA 93940**
**Telephone: 831-649-06669**
**Facsimile: 831-649-8007**
**E-mail: Hugo@gerstlandhudson.com**

## ORDER (PROPOSED)

The Stipulation for Dismissal without prejudice against Defendants MICHAEL CARDINALLI and YELLOW CAB OF MONTEREY COUNTY, LLC have been received by the Court, and

GOOD CAUSE APPEARING THEREFOR, it is hereby ORDERED that the complaint is dismissed without prejudice against Defendants MICHAEL CARDINALLI AND YELLOW CAB OF MONTEREY COUNTY, LLC only, without prejudice.

Dated: May 28, 2013

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Judge

**Gerstl & Hudson**
**Attorneys at law**
**2460 Garden Road, Suite C**
**Monterey, CA 93940**
**Telephone: 831-649-06669**
**Facsimile: 831-649-8007**
**E-mail: Hugo@gerstlandhudson.com**

2