UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SAL J. CARDINALLI, | ) | Case No.: 12-CV-6356-LHK |
| Plaintiff, | ) ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONTEREY, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

In light of the issues raised in the pending Motion to Dismiss, which is scheduled to be heard on October 3, 2013, the Court CONTINUES the Case Management Conference from June 12, 2013 to October 3, 2013, at 1:30 p.m. Plaintiff's request that the Motion to Dismiss be heard earlier than October 3, 2013 is DENIED.

**IT IS SO ORDERED.**

Dated: June 11, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-6356-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE