UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAL J. CARDINALLI, | Case No.: 5:12-CV-06356-LHK |
| Plaintiff, | |
| v. | ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |
| SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONTEREY, a California State court, et al. | |
| Defendants. | |

The Court finds Defendants' Motion to Dismiss suitable for decision without oral argument pursuant to Civil Local Rule 7–1(b). Accordingly, the Court VACATES the hearing on the motion set for October 3, 2013. The Court CONTINUES the Case Management Conference set for October 3, 2013, at 1:30 p.m. to November 20, 2013, at 2 p.m.

**IT IS SO ORDERED.**

Dated: October 1, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:12-CV-06356-LHK
ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE