UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAL J. CARDINALLI,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MONTEREY, et al.<br><br>　　　　　　Defendants. | Case No.: 12-CV-6356-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

　　　The Court CONTINUES the Case Management Conference from November 20, 2013 to January 8, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: November 8, 2013

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 12-CV-6356-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE