UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAL J. CARDINALLI, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SUPERIOR COURT OF CALIFORNIA FOR ) <br> THE COUNTY OF MONTEREY, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 12-CV-6356-LHK <br><br> ORDER DISMISSING CASE WITH PREJUDICE |

On November 8, 2013, the Court granted Defendants' motion to dismiss Plaintiff's complaint in its entirety. *See* ECF No. 33. In that Order, the Court held, "[a]ny amendment to the complaint must be filed by December 1, 2013. Failure to cure deficiencies identified in this Order will result in the dismissal of these claims with prejudice." *Id.* at 8. Plaintiff has failed to file an amended complaint by the December 1, 2013, deadline. Accordingly, the Court dismisses Plaintiff's complaint with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 16, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-6356-LHK
ORDER DISMISS CASE WITH PREJUDICE